# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CRYSTAL CASTILLO,

    Plaintiff,

v.                                Case No:   6:23-cv-1339-ACC-LHP

SUNBELT RENTALS, INC. and JOHN DOE,

    Defendants

---

## ORDER
(And Direction to Clerk of Court)

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **DEFENDANT SUNBELT RENTALS, INC.'S MOTION FOR EXTENSION OF TIME TO DISCLOSE/SUPPLEMENT EXPERT DISCLOSURE AND REPORTS AND INCORPORATED MEMORANDUM OF LAW   (Doc. No. 37)**
>
> **FILED:**     **July 30, 2024**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Upon consideration of Defendant Sunbelt Rentals, Inc.'s unopposed motion, Doc. No. 37, the deadline for Defendant's disclosure of expert reports is extended

up to and including **August 15, 2024**.  *See* Doc. No. 14.  No other deadlines—including the September 3, 2024 discovery deadline and the September 16, 2024 dispositive motions deadline—are extended by this Order.  *See id.*  Nor will this Order provide good cause to support a request for an extension of any remaining deadlines in this case.  Because there is no apparent reason that the motion was docketed *ex parte*, the Clerk of Court is **DIRECTED** to remove the *ex parte* designation from the motion (Doc. No. 37) as well as this Order.

Defendant has also filed a document titled "Defendant Sunbelt Rentals, Inc.'s Rule 26(a)(2) Expert Disclosures."  Doc. No. 36.  On review, the document is **ORDERED stricken**.  *See* Fed. R. Civ. P. 5(d)(1)(A).

**DONE** and **ORDERED** in Orlando, Florida on July 30, 2024.

*[signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties